CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 23 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT STEVEN JOYCE, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16-cv-00371 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| HOWARD W. CLARK, | ) | By:  Glen E. Conrad |
|     Defendant(s). | ) |       Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 23rd day of September, 2016.

/s/ Glen E. Conrad
Chief United States District Judge